UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Asma Naseer Qazi | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action 4:12-cv-02771 |
| | § | |
| Katy Independent School District | § | |
| *Defendant.* | § | |

STIPULATION OF DISMISSAL

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

1. Plaintiff is ASMA NASEER QAZI; defendant is KATY INDEPENDENT SCHOOL DISTRICT.

2. On September 17, 2012, plaintiff sued defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has served an answer, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted.

LAW OFFICES OF ANNETTE LAMOREAUX

By: _____
Annette M. Lamoreaux
Texas Bar No. 11852750
5847 San Felipe, Suite 1700
Houston, Texas 77057
E-mail Annette@lamoreauxlaw.com
Tel. (713) 821-1548
Fax. (713) 821-1549

Attorney in Charge for
Plaintiff ASMA QAZI


THOMPSON & HORTON LLP

By: _____

Christopher B. Gilbert
State Bar No. 00787535
Southern District No. 17283
Rebecca B. Weimer
State Bar No. 24062597
Southern District No. 921729

Phoenix Tower. Suite 2000
3200 Southwest Freeway
Houston. Texas 77027
Telephone: (713) 554-6744
Fax: (713) 583-7698
cgilbert@thompsonhorton.com
rweimer@thompsonhorton.com

ATTORNEYS FOR DEFENDANT KATY
INDEPENDENT SCHOOL DISTRICT

2

CERTIFICATE OF SERVICE

I certify that on September 4, 2013, a copy of the foregoing Stipulation of Dismissal was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for Defendant, Katy ISD:

Christopher B. Gilbert
Thompson and Horton
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone: (713) 554-6744
Fax: (713) 583-7698
cgilbert@thompsonhorton.com

I certify that Christopher Gilbert is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

Annette M. Lambreaux