UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASMA NASEER QAZI, | § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 4:12-cv-2771 |
| KATY INDEPENDENT SCHOOL DISTRICT, | | |
| *Defendant.* | | |

## ORDER

After considering the Stipulation of Dismissal agreed to by the parties, the Court FINDS that there is no impediment to dismissal of this cause. Therefore, the Court hereby DISMISSES, with prejudice, the case of *ASMA NASEER QAZI vs. KATY INDEPENDENT SCHOOL DISTRICT*, Civil Action 4:12-cv-2771.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 4th day of September, 2013.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE